UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| TOMMIE JERMAINE JONES, Jail ID #319, <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF JEFF SHAVERS, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-85-MHH-GMB |

## ORDER

The plaintiff paid a partial filing fee of $60.23 on March 17, 2023. However, the plaintiff must pay the entire $350 filing fee over time. Therefore, pursuant to 28 U.S.C. § 1915(b)(1) and (2) and consistent with the plaintiff's signed Prisoner Consent Form (copy attached), the warden or chief jailer of the plaintiff's housing facility is DIRECTED to deduct and withhold from any deposits into any of the plaintiff's accounts at the facility a sum equivalent to 20% of the total deposits each month after the first $10. (That is, the first $10 deposited into the plaintiff's accounts each month should go to the plaintiff, but the facility must deduct and withhold 20% of all monthly deposits after the first $10.)

By the tenth day of each month, the warden or chief jailer shall pay over to the Clerk of Court all sums withheld during the previous month. The warden or chief jailer shall continue to withhold and deduct from the plaintiff's accounts until

a total of $289.77 has been paid to the Clerk of Court to satisfy the remaining balance on the plaintiff's $350 filing fee after he paid an initial partial filing fee of $60.23.[1]

The warden or chief jailer shall clearly identify the full name of the plaintiff and the case number assigned to the action when making payments.  Checks should be made payable to "Clerk, U.S. District Court," and should be sent to the Office of the Clerk, 1729 Fifth Avenue North, Birmingham, Alabama 35203.

If the plaintiff is transferred to another prison or custodial agency, the warden, jailer, or financial officer at that institution will assume the duty of collecting and withholding funds until the full $350 filing fee has been paid.  A dismissal or termination of this action does not affect the plaintiff's obligation to pay the filing fee or the warden's or chief jailer's obligation to deduct and withhold the plaintiff's funds.  This order remains in full force and effect until the full $350 filing fee has been paid.

The Clerk is DIRECTED to serve this order and a copy of the plaintiff's signed Prisoner Consent Form (Doc. 6) on the warden or chief jailer of the plaintiff's housing facility.

---

[1] Because of the plaintiff's *in forma pauperis* status, he has not been assessed the $52 administrative fee for filing a civil action.

DONE and ORDERED on March 20, 2023.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE